UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW GARCIA,<br><br>　　　　Defendant. | **CASE NO. CR 18-00220 HSG**<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

　　　Having considered the application for a preliminary order of forfeiture filed by the United States and the Judgment and Commitment entered on June 21, 2019 wherein the defendant was ordered to forfeit the following property, and good cause appearing,

　　　IT IS HEREBY ORDERED that the following property is forfeited to the United States:

　　　a)　One Sig Sauer .40 caliber handgun bearing serial number 24B346904 (CATS ID: 18-FBI-008038)

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 18-00220 HSG                                                   1

    b)  All ammunition seized in or with the Sig Sauer .40 caliber handgun bearing serial number 24B346904, including but not limited to thirteen rounds of .40 caliber ammunition (CATS ID: 18-FBI-008038)

    c)  One Browning .380 caliber handgun bearing serial number 51HZT12298 (CATS ID: 18-FBI-008040)

    d)  All seized in or with the Browning .380 caliber handgun bearing serial number 51HZT12298, including but not limited to eight rounds of Hornady .380 caliber ammunition (CATS ID: 18-FBI-008040)

pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

    IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

    IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

    IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

//

//

//

IT IS SO ORDERED this __4th__ day of _____June__, 2020.

*[signature: Haywood S. Gilliam Jr.]*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge